UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVEEN GUPTA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ATHENEX, INC.; RUDOLF KWAN; JOHNSON Y.N. LAU; and TIMOTHY COOK,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-00337-LJV-HKS |
| PETER KOZA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ATHENEX, INC.; RUDOLF KWAN; JOHNSON Y.N. LAU; and TIMOTHY COOK,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-00413-LJV-HKS |

**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed Petition of Joseph P. Guglielmo, the Attorney's Oath, the Civility Principles Oath, the Affidavit of Thomas L. Laughlin, IV; and upon all of the pleadings and proceedings herein, lead plaintiff movant John McKenzie will move this Court, before the Honorable H. Kenneth Schroeder Jr., at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, N.Y. 14202, at a date and time to be determined by the Court, for an Order under Local Civil Rule 83.1(c) of the United States District Court for the Western District of New York, admitting Thomas L. Laughlin, IV *pro hac vice* to participate before the Court in all proceedings in this action. It is respectfully requested that this Motion be submitted for the Court's consideration on the papers only.

Dated:  May 17, 2021　　　　　　　　　　　　Respectfully submitted,

1

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ Joseph P. Guglielmo
Joseph P. Guglielmo
The Helmsley Building
230 Park Ave., 17th Floor
New York, N.Y. 10169
Telephone: (212) 223-6334
Facsimile: (212) 223-6444
jguglielmo@scott-scott.com

**CERTIFICATION OF SERVICE**

     I hereby certify that on May 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                        */s/ Joseph P. Guglielmo*