UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ATHENEX, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | No.: 21-cv-00337 (LJV-HKS)<br><br>CONSOLIDATED CLASS ACTION |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**
**PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Defendants Athenex, Inc. ("Athenex"), Johnson Y.N. Lau, Rudolf Kwan, Timothy Cook, and Jeffrey Yordon (the "Defendants") hereby respectfully move to dismiss Plaintiff's Amended Class Action Complaint ("AC"; Dkt. #56) with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995 ("Reform Act"). The Defendants base this Motion on their Memorandum of Law, Request for Judicial Notice, the Declaration of Douglas Greene and exhibits thereto, and the Reply brief that Defendants intend to file in further support of this Motion; any oral argument held; and all other pleadings and records in this proceeding. The Defendants respectfully request that the Court hear oral argument on this Motion.

Dated: January 25, 2022                Respectfully submitted,

                              **BAKER & HOSTETLER LLP**

                               *s/ Douglas W. Greene*
                              Douglas W. Greene
                              dgreene@bakerlaw.com
                              45 Rockefeller Plaza
                              New York, NY 10111
                              Telephone: 212.589.4200

2

Genevieve G. York-Erwin
gyorkerwin@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104
Telephone: 206.566.7079

*Attorneys for Defendants*