**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ATHENEX, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>　　All Actions. | No.: 21-cv-00337 (LJV-HKS)<br><br>CONSOLIDATED CLASS ACTION |

**NOTICE OF PENDENCY OF CASE**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on May 14, 2023, Athenex, Inc., and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under Title 11 of Chapter 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, which constituted an order for relief pursuant to 11 U.S.C. § 301(b) for each such Debtor and commenced the Debtors' Chapter 11 Cases.[1]  The Debtors' Chapter 11 Cases are jointly administered under Bankr. S.D. Tex. Case No. 23-90295 (DRJ) and styled as *In re Athenex, Inc., et al.*  A copy of the electronic *Notice of Bankruptcy Case Filing* for Debtor Athenex, Inc. is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, *inter alia*:

---

[1]　A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

(a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' Chapter 11 Cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' Chapter 11 Cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' Chapter 11 Cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

Dated: May 26, 2023

**BAKER & HOSTETLER LLP**

By:  /s Douglas W. Greene

Douglas W. Greene (*pro hac vice*)
dgreene@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200

Genevieve G. York-Erwin (*pro hac vice*)
gyorkerwin@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA  98104
Telephone: 206.566.7079

*Attorneys for Defendants*