# EXHIBIT A

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/14/2023 at 10:07 AM and filed on 05/14/2023.

**Athenex, Inc.**
Conventus Building
1001 Main Street
Suite 600
Buffalo, NY 14203
Tax ID / EIN: 43-1985966

The case was filed by the debtor's attorney:

**Michael D Warner**
Pachulski Stang Ziehl & Jones LLP
440 Louisiana Street
Suite 900
Houston, TX 77002
713-691-9385

The case was assigned case number 23-90295 to Judge David R Jones.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan Ochsner**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/15/2023 15:42:54 | | |
| **PACER Login:** | PS000038 | **Client Code:** | 14039.001 |

CM/ECF LIVE - U.S Bankruptcy Court-Texas Southern

| Description: | Notice of Filing | Search Criteria: | 23-90295 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |