**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ATHENEX, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   All Actions. | No. 21-cv-00337-LJV-HKS<br><br>CONSOLIDATED CLASS ACTION |

**NOTICE OF MOTION FOR PARTIAL LIFTING OF STAY IMPOSED BY COURT'S ORDER DATED MAY 30, 2023**

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Lead Plaintiff John McKenzie respectfully moves this Court for an Order lifting the stay imposed by the Court's May 30, 2023 Order to permit this action to proceed against Defendants Rudolf Kwan, Johnson Y.N. Lau, Jeffrey Yordon and Timothy Cook.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: June 23, 2023               **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

   */s/ Deborah Clark-Weintraub*
Deborah Clark-Weintraub
Jeffrey P. Jacobson
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
dweintraub@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for Plaintiff*


**LABATON SUCHAROW LLP**

*/s/ Michael P. Canty*_____
Michael P. Canty
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

*Additional Counsel*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 23, 2023, on all counsel or parties of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Deborah Clark-Weintraub*
Deborah Clark-Weintraub
