**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ATHENEX, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>    All Actions. | No.: 21-cv-00337 (LJV-HKS)<br><br>CONSOLIDATED CLASS ACTION |

**DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S**
**MOTION FOR PARTIAL LIFTING OF STAY IMPOSED BY**
**COURT'S ORDER DATED MAY 30, 2023**

Defendants do not object to Lead Plaintiff's Motion for Partial Lifting of Stay (Dkt. No. 71) to the extent it asks the Court to partially "lift the stay imposed by this Court's Order dated May 30, 2023," and allow this action to proceed as against individual defendants Rudolf Kwan, Johnson Y.N. Lau, Jeffrey Yordon, and Timothy Cook.[1] Lead Plaintiff does not dispute that this action is automatically stayed in its entirety as to defendant Athenex, Inc. by virtue of its May 14, 2023 voluntary petition for relief under Chapter 11 of the Bankruptcy Code, filed in the United States Bankruptcy Court for the Southern District of Texas.[2]

As the Court is aware, Defendants' Motion to Dismiss the Amended Complaint is fully briefed and currently pending before the Court. *See* Dkt. Nos. 61-64, 66-67. Accordingly, the automatic stay of discovery imposed by the Private Securities Litigation Reform Act of 1995[3]

---

[1] Memorandum of Law in Support for Partial Lifting of Stay Imposed by Court's Order dated May 30, 2023 (Dkt. No. 71-1; "Memo."), at 1.

[2] *Id.*; *see also* 11 U.S.C. §362(a); *In re Athenex, Inc.*, No. 23-90295 (Bankr. S.D. Tex. May 14, 2023).

[3] 15 U.S.C. § 78u-4(b)(3)(B) ("all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss").

remains in place as to all Defendants pending the Court's resolution of that motion, and it will remain in place even if the Court partially lifts the stay imposed by its May 30 Order and allows the action to proceed against the individual defendants. Defendants look forward to the Court's resolution of their motion to dismiss, which details the many deficiencies in Lead Plaintiff's pleadings and explains why the amended complaint should be dismissed in its entirety with prejudice.

Dated: July 7, 2023

**BAKER & HOSTETLER LLP**

By:    */s Douglas W. Greene*

Douglas W. Greene (*pro hac vice*)
dgreene@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200

Genevieve G. York-Erwin (*pro hac vice*)
gyorkerwin@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA  98104
Telephone: 206.566.7079

*Attorneys for Defendants*

2
