**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ATHENEX, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   All Actions. | No. 21-cv-00337 (LJV-HKS)<br><br>CONSOLIDATED CLASS ACTION |

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 72(c)</u>

Plaintiff John McKenzie ("Plaintiff"), by and through his undersigned counsel, hereby certifies pursuant to Local Rule 72(c) that the Objection to Report and Recommendation filed on October 13, 2023 (ECF No. 75), does not raise any new legal or factual arguments.[1] The certification was inadvertently omitted from Plaintiff's original filing.

DATED: November 17, 2023

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

  */s/ Deborah Clark-Weintraub*
Deborah Clark-Weintraub
Jeffrey P. Jacobson
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
dweintraub@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for Plaintiff John McKenzie*

---

[1]     The only potentially "new" argument addressed in the Objection was the issue of loss causation, which was not raised by Defendants in their motion to dismiss (ECF No. 61) but which the Magistrate Judge addressed *sua sponte*. Because this was not an argument raised by Plaintiff, but instead a response to an argument considered *sua sponte* by the Magistrate Judge, Plaintiff does not believe it qualifies as a new argument under Local Rule 72(c).

1

**LABATON SUCHAROW LLP**

 */s/ Michael P. Canty*
Michael P. Canty
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

*Additional Counsel*