

+ VIA ECF +

October 23, 2024

Hon. Lawrence J. Vilardo, U.S.D.J.
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    *In re Athenex, Inc. Securities Litigation*, No. 1:21-cv-00337-LJV-HKS

Dear Judge Vilardo:

    Plaintiff in the above-captioned action writes this letter to provide the Court with a recent stipulation entered in the related bankruptcy proceeding involving Athenex, Inc. (*see* Exhibit A hereto) and to inform the Court that pursuant to that stipulation, Plaintiff now "has the right to recover against Athenex, Inc., limited to and solely to the extent of available insurance." *See* Exhibit A at 4, ¶3.

    Accordingly, Plaintiff requests that this Court lift this action's stay against Athenex (ECF No. 70).

    Thank you for your attention to this matter.

                                     Respectfully submitted,

                                     /s /Deborah Clark-Weintraub

                                   Deborah Clark-Weintraub
                                   Jeffrey P. Jacobson
                                   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                   The Helmsley Building
                                   230 Park Avenue, 24th Floor
                                   New York, NY 10169
                                   Tel.: (212) 223-6444
                                   dweintraub@scott-scott.com
                                   jjacobson@scott-scott.com

                                   *Lead Counsel for Plaintiff John McKenzie*

Honorable Lawrence J. Vilardo
October 23, 2024
Page 2

                              **LABATON SUCHAROW LLP**
                              Michael P. Canty
                              140 Broadway
                              New York, NY 10005
                              Tel.: (212) 907-0700
                              mcanty@labaton.com

                              *Additional Counsel*